THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

  v.

 
 
 
Larry Eugene Burke,       
Appellant.
 
 
 

Appeal From Cherokee County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-346
Submitted March 26, 2003  Filed 
 May 20, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief 
 Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General 
 Charles H. Richardson, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, 
 for Respondent.
 
 
 

PER CURIAM:  Larry Eugene Burke pled guilty 
 to criminal sexual conduct with a minor, second degree.  He was sentenced to 
 twenty years and ordered to register as a sex offender.  Burkes appellate counsel 
 filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  
 Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Burke 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.